IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MAR - ? 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| SEKUK GLOBAL ENTERPRISES, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AGCO CORP., ROBERT J. RATLIFF and ) <br> ANDREW H. BECK ) <br> Defendants. ) | Case No. 04 C 961 <br><br> Judge Kennelly <br><br> Magistrate Judge Brown |

## STIPULATION FOR EXTENSION OF TIME

Plaintiff, Sekuk Global Enterprises, and Defendants, AGCO Corp., Robert J. Ratliff and Andrew H. Beck, by their respective attorneys, stipulate that Defendants' time to file an answer or otherwise respond to Plaintiff's Class Action Complaint For Violations Of Federal Securities Laws shall be extended up to and including April 6, 2004.

SEKUK GLOBAL ENTERPRISES

By: _____
One of its Attorneys

Marvin A. Miller
MILLER FAUCHER and CAFFERTY LLP
30 N. LaSalle St., Suite 3200
Chicago, IL 60602
(312) 782-4880 (phone)
(312) 782-4485 (fax)

AGCO CORP., ROBERT J. RATLIFF
AND ANDREW H. BECK

By: _____
One of their Attorneys

Kimball R. Anderson
David E. Koropp
Jeannette Wise
WINSTON & STRAWN
35 West Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600 (phone)
(312) 558-5700 (fax)

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on this 4th day of March, 2004 she served a copy of the AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT upon the following counsel via messenger:

>Marvin A. Miller
>Jennifer W. Sprengel
>Anthony F. Fata
>MILLER FAUCHER and CAFFERTY LLP
>30 N. LaSalle St., Suite 3200
>Chicago, IL 60602

_____
Jeannette Wise